United States District Court
Southern District of Texas
**ENTERED**
March 25, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN GETMAN, individually and all others similarly situated | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-3508 |
| | § | |
| AIS INFOSOURCE, L.P. | § | |

**ORDER OF DISMISSAL**

In accordance with the Notice of Voluntary Dismissal filed on March 5 2026 (Doc. No. 17), this case is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED on this 25th day of March 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE